IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PPL SERVICES CORPORATION, : | |
| Plaintiff, : | |
| v. : | CIVIL ACTION |
| : | |
| INTERNATIONAL BROTHERHOODS OF : | |
| ELECTRICAL WORKERS LOCAL 1600, : | NO. 12-7154 |
| Defendant. : | |

## ORDER

**AND NOW**, this 10th day of June, 2013, upon consideration of Defendant's Motion to Dismiss (Docket No. 5), Plaintiff's Opposition thereto (Docket No. 17), and Defendant's Reply (Docket No. 18), and for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that Defendant's Motion (Docket No. 5) is **GRANTED**, and Plaintiff's Complaint (Docket No. 1) is **DISMISSED** with prejudice.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE